JS-6

# UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JASON KONOPISOS,**<br><br>　　　　**Plaintiff,**<br><br>　　v.<br><br>**LVNV FUNDING, LLC; EQUIFAX INFORMATION SERVICES, LLC; AND CREDIT CONTROL LLC,**<br><br>　　　　**Defendants.** | Case No.: 2:24-cv-07621-MWF(AGRx)<br><br>**ORDER GRANTING JOINT STIPULATION TO DISMISS CASE WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41 (A)(1)(A)(ii)** |

　　The Court has considered the Joint Stipulation to Dismiss Case with Prejudice, filed by Plaintiff Jason Konopisos ("Plaintiff") and Defendants LVNV Funding LLC ("LVNV Funding") and Credit Control LLC ("Credit Control") ("together the Parties"). (Docket No. 40). For good cause shown, the Court GRANTS the parties' Stipulation. This action is DISMISSED with prejudice. Plaintiff, LVNV Funding and Credit Control shall each bear their own fees and costs.

　　IT IS SO ORDERED.

Dated: May 21, 2025

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　MICHAEL W. FITZGERALD
　　　　　　　　　　　　　　　　　United States District Judge